# Order

Michigan Supreme Court
Lansing, Michigan

September 29, 2014

148449(38)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ARTHUR L. CAMPBELL,
       Defendant-Appellant.

SC: 148449
COA: 314976
Wayne CC: 86-004937-FC

_____/

On order of the Court, the motion for reconsideration of this Court's June 24, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



Clerk

p0922